UNITED STATES OF AMERICA

    Plaintiff,

v.                                        Case No. 6:23-cv-710-WWB-EJK

ALL FUNDS IN ANY FORM, INCLUDING
USDT OR ANY OTHER CRYPTOCURRENCY
OR FIAT PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE ACCOUNT
BEARING USER ID #111070305,

ALL FUNDS IN ANY FORM, INCLUDING
USDT OR ANY OTHER CRYPTOCURRENCY
OR FIAT PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE ACCOUNT
BEARING USER ID #68407402,

ALL FUNDS IN ANY FORM, INCLUDING
USDT OR ANY OTHER CRYPTOCURRENCY
OR FIAT PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE ACCOUNT
BEARING USER ID #152160928,

    Defendants.

## UNITED STATES' MOTION FOR ISSUANCE OF WARRANTS OF ARREST *IN REM*

The United States of America moves for an order directing the Clerk to issue Warrants of Arrest *in Rem* for the following:

    a. all funds in any form, including USDT or any other cryptocurrency or fiat previously stored in or accessible via Binance account bearing User ID #111070305;

    b. all funds in any form, including USDT or any other cryptocurrency or fiat previously stored in or accessible via Binance account bearing User ID #68407402; and

    c. all funds in any form, including USDT or any other cryptocurrency or fiat previously stored in or accessible via Binance account bearing User ID #152160928

(Defendant Funds). In support of its motion, the United States submits the following memorandum of law.

## MEMORANDUM OF LAW

### I. Background

1. On or about February 24, 2023; March 1, 2023; March 9, 2023; March 22, 2023; and April 5, 2023, the United States Secret Service (USSS) seized these funds from Binance (Defendant Funds) after a probable cause finding that the Defendant Funds were subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) and 981(a)(1)(A).

2. The Defendant Funds are currently being held by the United States.

3. The United States has filed a Verified Complaint for Forfeiture *in Rem*, which establishes the legal and factual basis supporting the forfeiture of the Defendant Funds.

4. As required by Rule G(2)(f), the facts set forth in the Verified Complaint support a reasonable belief that the government will be able to meet its burden of proof

at trial; specifically, that the United States will be able to show by a preponderance of the evidence that the Defendant Funds constitute property subject to forfeiture.

## II. Legal Authority

Pursuant to Rule G(3)(b)(i), the Clerk must issue a warrant of arrest *in rem* for defendant property if such property is in the government's possession, custody, or control. In contrast, Local Admiralty Rule 7.03(b)(1)—which preceded the enactment of Rule G[1]—requires that, "*pre*-seizure" (emphasis added), "a judicial officer [must] first review the verified complaint, and any other relevant case papers, prior to the Clerk issuing the warrant of arrest and/or summons *in rem*." Rule G, however, recognizes that if property is in the government's possession, there has already been some determination of probable cause or agreement of the parties, and the further precautionary step of preliminary judicial review is unnecessary.

## III. Conclusion

Because Rule G(3)(b)(i) explicitly provides that a judicial finding of probable cause need not be made before the Clerk issues a warrant of arrest *in rem* for property already in the custody of the United States, and here the Defendant Funds are in the United States' custody, the United States respectfully requests that the Court enter an order directing the Clerk to issue the Warrants of Arrest *in Rem* for the Defendant Funds.

---

[1] Rule G took effect on December 1, 2006. Prior to December 1, 2006, Middle District of Florida Local Admiralty Rule 7.03(b)(1) articulated the procedure for obtaining a warrant of arrest *in rem* in this district.

Further, the United States requests that the original warrants be delivered to the United States Attorney, who will make arrangements for service of process pursuant to law.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

s/ Jennifer M. Harrington
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
EMail:Jennifer.Harrington2@usdoj.gov