# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                 Case No: 6:23-cv-710-WWB-EJK

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OF FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID 111070305,68407402, 152160928,**

      **Defendant.**

## ORDER

This cause comes before the Court on the United States's Motion for Issuance of Warrants of Arrest *In Rem* (the "Motion"), filed April 19, 2023. (Doc. 2.) Upon consideration, the Motion is granted.

On April 19, 2023, the United States filed a Complaint for Forfeiture *In Rem*. (Doc. 1.) In the Complaint, the United States alleges that on February 24, 2023; March 1, 2023; March 9, 2023; March 22, 2023; and April 5, 2023, the United States Secret Service seized the following:

1. All funds in any form, including USDT or any other cryptocurrency or fiat previously stored in or accessible via Binance account bearing User ID #111070305;

2. All funds in any form, including USDT or any other cryptocurrency or fiat previously stored in or accessible via Binance account bearing User ID #68407402; and

3. All funds in any form, including USDT or any other cryptocurrency or fiat previously stored in or accessible via Binance account bearing User ID #152160928.

(*Id.* ¶ 6) (hereinafter "Defendant Funds"). The seizure was made pursuant to a federal seizure warrant after a finding of probable cause that the funds constituted proceeds of wire fraud offenses and property involved in money laundering offenses. (*Id.* ¶ 7.) The Defendant Funds are currently in the United States's possession. (*Id.* ¶ 5.) Accordingly, the United States seeks forfeiture of the Defendant Funds. (*Id.* at 21–22.)

On April 19, 2023, the United States filed the instant Motion. (Doc. 2.) Therein, the United States requests that the Court enter an order directing the Clerk to issue each of the three "Warrants of Arrest *In Rem*" (Docs. 2-1–2-3.), which the United States attached to the Motion.

Pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, when the property to be forfeited is not real property, "the clerk must issue a warrant to arrest the property if it is in the government's possession, custody, or control." *Id.* After reviewing the Complaint and Motion, the Court finds that the Defendant Funds sought to be forfeited are in the government's custody and each of the three Warrants of Arrest *In Rem* should be issued.

Accordingly, the Motion for Issuance of Warrants of Arrest *In Rem* (Doc. 2) is **GRANTED**. The Clerk is **DIRECTED** to issue each of the proposed Warrants of Arrest *In Rem*. (Docs. 2-1–2-3.)

**DONE** and **ORDERED** in Orlando, Florida on April 24, 2023.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE