UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

v.                                                                Case No. 6:23-cv-710-WWB-EJK

ALL FUNDS IN ANY FORM, INCLUDING
USDT OR ANY OTHER CRYPTOCURRENCY
OR FIAT PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE ACCOUNT
BEARING USER ID #111070305,

ALL FUNDS IN ANY FORM, INCLUDING
USDT OR ANY OTHER CRYPTOCURRENCY
OR FIAT PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE ACCOUNT
BEARING USER ID #68407402,

ALL FUNDS IN ANY FORM, INCLUDING
USDT OR ANY OTHER CRYPTOCURRENCY
OR FIAT PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE ACCOUNT
BEARING USER ID #152160928,

      Defendants.

## MOTION TO STRIKE COMPLAINT

The United States of America, pursuant to Federal Rule of Civil Procedure 12(f), hereby moves to strike pages 24 through 39 of the Complaint for Forfeiture *In Rem* (Doc. 1) from the record, for including information immaterial to the instant case.  In support of this motion, the government states as follows:

      1.      On April 19, 2023, the United States filed a Verified Complaint for

Forfeiture *In Rem* for three individual Binance Holdings Limited (Binance) accounts

(Defendant Funds) on the grounds that the funds are proceeds obtained from wire

fraud offenses, in violation of 18 U.S.C. § 1343. In addition, the perpetrators of the

fraud attempted to conceal and disguise the nature, location, source, control and

ownership of the wire fraud proceeds by moving the proceeds through over a dozen

cryptocurrency addresses, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).  Doc. 1.

2.      On April 24, 2023, the undersigned was made aware that Complaint for

Forfeiture *In Rem* filed on April 19, 2023 included pages unrelated to the instant case,

specifically pages 24 through 39, some of which includes personal identifiable

information of unrelated parties.

WHEREFORE, the United States respectfully requests that the Court strike

pages 24 through 39 of the Complaint for Forfeiture *In Rem* (Doc. 1), thereby

removing such pages from the record.

Dated: April 25, 2023.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By:    _____
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
EMail:Jennifer.Harrington2@usdoj.gov

2