United States District Court
Middle District of Florida
Orlando Division

**UNITED STATES OF AMERICA**

*Plaintiff,*

v.                                                   NO. 6:23-cv-710-WWB-EJK

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #111070305,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRIPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,**

*Defendants.*

---

## CLAIMANT SHIJIE SONG'S VERIFIED CLAIM OF INTEREST

1. Pursuant to Rule G(5)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure, Claimant Shijie Song ("Claimant" or "Song"), by and through his counsel King Cheng Miller & Jin LLP,

1

hereby files this verified claim and asserts his interest and right in the Defendant *in rem* in this action.

2. Song has a claim to, interest in and right to the funds in Binance account with user ID #111070305 seized by the United States pursuant to the Verified Amended Complaint for Forfeiture In Rem filed in this action under Title 18, United States Code, Section 981 and Rule G(2) on April 27, 2023 for "all funds in any form, including USDT or any other cryptocurrency or FIAT previously stored in or accessible via Binance account bearing User ID # 111070305 (referred to as the "Defendant Property"), and the Warrant of Arrest in Rem issued in the same action. Defendant Property is currently in the United States government's possession, custody and control.

3. The basis of Song's interest in the Defendant Property is as follows:
   a. Song opened the Binance account bearing User ID #111070305 in April 2021. The funds deposited into this Binance account included: (1) Song's own funds, and (2) funds transferred by third parties to repay loans made by Song.

4. Song did not have any knowledge of, let alone participate in, any alleged wire fraud offenses and money laundering offenses. In

addition, the amount of funds alleged by the Plaintiff to be associated with the said wire fraud offenses and money laundering offenses is less than the full amount of funds of the Defendant Property. As such, Song demands the return of his property and the right to defend this action.

Dated: 06/15/2023

Respectfully submitted

/s/ Sheng Jin

Sheng Jin (CA Bar 229540)
King Cheng Miller & Jin LLP
3675 Huntington Drive, Suite 200
Pasadena, CA 91107
Phone: (626) 304-9001
Fax: (626) 304-9002
sheng@kcmlaw.net

Counsel for Claimant Shijie Song

## **VERIFICATION**

I, Shijie Song, hereby declare that I have read the foregoing verified claim. I verify and declare under penalty of perjury that the foregoing is true and correct.

Executed this 16 day of June 2023, in London, United Kingdom.

*[signature]*

Shijie Song

4

# PROOF OF SERVICE

I certify and state that I am and was at all times herein mentioned an active member of the State Bar of California; that my business address is 3675 Huntington Dr., Suite 200, Pasadena, CA 91107; and that I am not a party to the action in which this service is made.

On June 16, 2023, I served the documents described as:

CLAIMANT SHIJIE SONG'S VERIFIED CLAIM OF INTEREST

On all interested parties as follows:

Jennifer M. Harrington                      *Counsel for Plaintiff*
Assistant United States Attorney            6:23-cv-710-WWB-EJK
400 W, Washington Street, Suite 3100
Orlando, FL 32801
Email: Jennifer.harrington2@usdoj.gov

__X__   (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, this document would, in the ordinary course of business, be deposited with the U.S. postal service on the same day stated as the service date on this proof of service with postage thereon fully prepaid at San Marino, California. I am aware that on motion of the party served service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this proof of service.

__X__   (BY E-SERVICE) by attaching a true pdf scan thereof in an e-mail addressed to the interested parties at the e-mail address each has provided in this case, as listed on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 16, 2023, at Pasadena, California.

_____
Sheng Jin

1

PROOF OF SERVICE