UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>   Plaintiff,<br><br>v.<br><br>ALL FUNDS IN ANY FORM, INCLUDIGN USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBE VIA BINANCE ACCOUNT BEARING USER ID #111070305,<br><br>ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,<br><br>ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,<br><br>   Defendants. | Case No. 6:23-cv-710-WWB-EJK |

## DEFENDANT'S NOTICE OF APPEARANCE OF COUNSEL

Undersigned counsel, Benjamin M. Weissman, Esq., of David Chico Law Group, hereby gives notice of appearance as counsel on behalf of Defendant, ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE

VIA BINANCE ACCOUNT BEARING USER ID #152160928 AKA Chunli Tsao, in this action. Copies of all pleadings, motions, and documents should be provided to the undersigned.

Dated: June 21, 2023

Respectfully Submitted,

By: /s/   Benjamin Weissman

Benjamin Weissman, Esq., FBN: 120770
DAVID CHICO LAW GROUP
607 Celebration Avenue
Celebration, Florida 34747
T: 407-933-7703
F: 407-933-7713
For eService: serve@davidchicolaw.com
**Trial Counsel for Defendant**