United States District Court
Middle District of Florida
Orlando Division

FILED
CLERK, US DISTRICT COURT
MIDDLE DISTRICT FLORIDA
ORLANDO, FL
'23 JUN 21 AM 11:41

**UNITED STATES OF AMERICA**

*Plaintiff,*

v.                                                                    NO. 6:23-cv-710-WWB-EJK

ALL FUNDS IN ANY FORM, INCLUDING
USDT OR ANY OTHER CRIPTOCURRENCY
OR FIAT PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE ACCOUNT
BEARING USER ID #111070305,

ALL FUNDS IN ANY FORM, INCLUDING
USDT OR ANY OTHER CRIPTOCURRENCY
OR FIAT PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE ACCOUNT
BEARING USER ID #68407402,

ALL FUNDS IN ANY FORM, INCLUDING
USDT OR ANY OTHER CRYPTOCURRENCY
OR FIAT PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE ACCOUNT
BEARING USER ID #152160928,

*Defendants.*

---

## Unopposed Motion for Special Admission

David P. King, Esquire, moves for special admission to represent Claimant Shijie Song in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

1

I am a member in good standing of a bar of a United States district court; specifically, the Central District of California.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

None.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

_____  6-20-2023
David P. King (CA Bar #136765)
King Cheng Miller & Jin LLP
3675 Huntington Drive, Suite 200
Pasadena, CA 91107
Phone: (626) 304-9001
Fax: (626) 304-9002
dpk@kcmlaw.net

### Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose to my special admission.

Dated: 6-20-2023        Respectfully submitted

_____
David P. King (CA Bar #136765)
King Cheng Miller & Jin LLP
3675 Huntington Drive, Suite 200
Pasadena, CA 91107
Phone: (626) 304-9001
Fax: (626) 304-9002
dpk@kcmlaw.net

Counsel for Claimant Shijie Song

# PROOF OF SERVICE

I certify and state that I am and was at all times herein mentioned an active member of the State Bar of California; that my business address is 3675 Huntington Dr., Suite 200, Pasadena, CA 91107; and that I am not a party to the action in which this service is made.

On June 20, 2023, I served the documents described as:

Unopposed Motion for Special Admission of David P. King

On all interested parties as follows:

| | |
|---|---|
| Jennifer M. Harrington<br>Assistant United States Attorney<br>400 W, Washington Street, Suite 3100<br>Orlando, FL 32801<br>Email: Jennifer.harrington2@usdoj.gov | *Counsel for Plaintiff (United States of America)*<br>*6:23-cv-710-WWB-EJK* |

__X__   (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, this document would, in the ordinary course of business, be deposited with the U.S. postal service on the same day stated as the service date on this proof of service with postage thereon fully prepaid at San Marino, California. I am aware that on motion of the party served service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this proof of service.

__X__   (BY E-SERVICE) by attaching a true pdf scan thereof in an e-mail addressed to the interested parties at the e-mail address each has provided in this case, as listed on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 20, 2023, at Pasadena, California.

_____
Sheng Jin

1