# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>v.<br><br>ALL FUNDS IN ANY FORM, INCLUDIGN USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBE VIA BINANCE ACCOUNT BEARING USER ID #111070305,<br><br>ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,<br><br>ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,<br><br>    Defendants. | Case No. 6:23-cv-710-WWB-EJK |

## CLAIMANT CHUNLI TSAO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE VERIFIED CLAIM

Under Rule 6(b), Fed. R. Civ. P., and Supplemental Rule A(2), Chunli Tsao ("Claimant") by and through the undersigned counsel, moves this Court to extend her deadline to file a verified claim until June 26, 2023, stating as follows:

## APPLICABLE LAW

1. Under Rule A(2): "The Federal Rules of Civil Procedure also apply to the foregoing proceedings except to the extent that they are inconsistent with these Supplemental Rules."

2. Under Rule 6(b), Fed. R. Civ. P., "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: (a) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (b) on motion made after the time has expired if the party failed to act because of excusable neglect."

## GROUNDS FOR MOTION

3. Claimant lives in a jurisdiction outside the United States of America, creating a delay in the transmitting of documents and communications between Claimant and her legal counsel.

4. Due to this delay, the undersigned counsel is awaiting the verification of the claim required to be filed on June 21, 2023, under Rule G(5)(a)(i)(C).

5. The five-day delay in filing a verified claim will not prejudice any party or the United States of America, who does not oppose this motion.

**WHEREFORE**, Defendant respectfully requests that this Court enter an order extending the deadline for Claimant to file its verified claim required by Rule G(5)(a)(i)(C) until and through June 26, 2023.

## CERTIFICATION PURSUANT TO LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), Local Rules for the Unitied States District Court for the Middle District of Florida, the undersigned hereby certifies that on June 21, 2023, the undersigned confered with The United States of America's counsel via phone, who has agreed to the relief saught in this motion.

## CERTIFICATE OF SERVICE

It is hereby certified that on June 21, 2023, I filed the this motion with the Clerk of Court by utilizing the CM/ECF system that will serve this motion on all parties of record via electronic filing.

By: /s/ Benjamin Weissman

Benjamin Weissman, Esq., FBN: 120770
DAVID CHICO LAW GROUP
607 Celebration Avenue
Celebration, Florida 34747
T: 407-933-7703
F: 407-933-7713
For eService:serve@davidchicolaw.com
**Trial Counsel for Claimant**

3