**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.                                           Case No: 6:23-cv-710-WWB-EJK

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OF FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID 111070305, 68407402, 152160928, SHIJIE SONG, and CHUNLI TSAO,**

      **Defendants.**

**ORDER**

This cause comes before the Court on the following Motions:

- Unopposed Motion for Special Admission of David P. King (Doc. 16);
- Unopposed Motion for Special Admission of Gregory N. Albright (Doc. 17); and
- Unopposed Motion for Special Admission of Sheng Jin. (Doc. 18.)

Upon consideration, the Motions are **GRANTED**, provided counsel **shall register for and use the electronic filing system** as adopted by the Court. After this Order, the Clerk will no longer send copies of docket entries by U.S. Mail to counsel in this case. Counsel can register for a CM/ECF login password through the website at www.flmd.uscourts.gov under "CM/ECF."

**DONE** and **ORDERED** in Orlando, Florida on June 22, 2023.

_____
EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE