# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　Plaintiff,<br><br>v.<br><br>ALL FUNDS IN ANY FORM, INCLUDIGN USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBE VIA BINANCE ACCOUNT BEARING USER ID #111070305,<br><br>ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,<br><br>ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,<br><br>　Defendants. | Case No. 6:23-cv-710-WWB-EJK |

## NOTICE OF FILING VERIFIED CLAIM FORM

　　　　CHUNLI TSAO ("Claimant"), via the undersigned attorney, hereby files this Notice of Filing Verified Claim Form.

Respectfully Submitted,

By: /s/   Benjamin Weissman

    Benjamin Weissman, Esq., FBN: 120770
    DAVID CHICO LAW GROUP
    607 Celebration Avenue
    Celebration, Florida 34747
    T: 407-933-7703
    F: 407-933-7713
    For eService: serve@davidchicolaw.com
    **Trial Counsel for Claimant**

## SECTION I – CONTACT INFORMATION

| CLAIMANT INFORMATION ||
|---|---|
| **Claimant/Contact Name:** (Last, First) Tsao, Chunli ||
| **Business/Institution Name:** N/A | **Prisoner ID:** N/A |
| **Address:** c/o The David Chico Law Group, 607 Celebration Ave, Celebration, Florida 34747 ||
| **Social Security Number/Tax Identification Number:** N/A ||
| Please provide an explanation why you do not have a Social Security Number, if above is N/A:<br><br>I am neither a US citizen, nor am I located in the United States with a visa. I am a citizen of China. ||
| **Phone:** see below for attorney contact information | **Email:** see below for attorney contact information |
| **ATTORNEY INFORMATION** (if applicable) ||
| **Attorney Name:** (Last, First) Weissman, Benjamin ||
| **Attorney Title:** Associate Attorney ||
| **Firm Name:** (if applicable) David Chico Law Group ||
| **Attorney Address:** (Include Street, City, State, and Zip Code)<br>607 Celebration Ave<br>Celebration, FL 34747 ||
| **Are you an attorney filing this claim on behalf of your client?**   X YES   ☐ NO ||
| **Attorney Phone:** (optional)<br>407-933-7703 | **Attorney Email:** (optional)<br>ben@davidchicolaw.com |

*If any of this information changes, you are responsible for notifying the agency of the new information.*

## SECTION II – ASSET LIST

List each asset ID and asset description that you are claiming.

| # | Asset ID | Asset Description |
|---|---|---|
| 1 | #152160928 | Binance Account Bearing That User ID |
| 2 | | |
| 3 | | |
| | | |

## SECTION III – INTEREST IN PROPERTY

*Identify your interest in each of the assets you are claiming. If you are filing for multiple assets and the responses are not the same for each asset, please print out multiple copies of this page to submit with the claim. If you have documentation that supports your interest in the claimed assets (e.g., bill of sale, retail installment agreements, contracts, titles or mortgages), please include copies of the documents with the submission of the claim.*

| INTEREST IN PROPERTY INFORMATION ||
|---|---|
| **Asset ID** | **Asset Description** |
| #152160928 | Binance Account Bearing That User ID, and all the cryptocurrency contained within that account |
|  |  |
|  |  |

**In the space below, please explain why you have a valid, good faith, and legally recognizable interest in this asset**:

Initially, I opened and owned this account for my business because cryptocurrency transactions are getting more and more popular in Asia and a lot of customers asked me if I would accept USDT. I also used this account to buy and sell cryptocurrencies to make profit from speculation/investment in cryptocurrency. Furthermore, the Complaint and the facts alleged within it unambiguously demonstrate that I own the Binance account. The Complaint asserts that the funds located in the account are proceeds of illegal purposes, not that the ownership is unclear. The funds in this account are for a legitimate purpose and are the result of transactions in which my customers paid via cryptocurrencies. I have the invoices as proof for the relevant transactions.

**In the space below, please list any documents you are including in support of your interest in the asset(s). If none are included, please explain why.**

Binance has currently blocked me out of the account so I can not provide account profiles that would demonstrate ownership, but Binance and/or the Federal government already has all the relevant information about this account's ownership. Ownership of the account in this matter is not an issue raised by the Complaint, as the Complaint asserts that I own the account. Whether the funds contained within the account are proceeds of illegal activities is the issue raised by the Complaint, not whether I own them. In my answer, I will provide documentation in the form of invoices where appropriate to demonstrate that these funds are the results of legitimate transactions. Nothing in the Supplemental Rules For Admiralty or Maritime Claims and Asset Forfeiture Actions requires documentation to be attached to the claim.

## SECTION V – DECLARATION

*The following declaration must be completed by the claimant.*

I attest and declare under penalty of perjury that my claim is not frivolous and the information provided in support of my claim is true and correct to the best of my knowledge and belief.

_____*Chun, Li. Tsao*_____
Signature

_____**Chun Li Tsao**_____
Printed Name

_____*06. 22. 2023*_____
Date

If a court finds that a claimant's assertion of an interest in property was frivolous, the court may impose a civil fine. Title 18 United States Code, Subsection 983(h). A false statement or claim may subject a person to criminal prosecution under Title 18 United States Code, Sections 1001 and 1621.