**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.    Case No. 6:23-cv-710-WWB-EJK

**ALL FUNDS IN ANY FORM, INCLUDING
USDT OR ANY OTHER CRYPTOCURRENCY
OR FIAT PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE ACCOUNT
BEARING USER ID #111070305,**

**ALL FUNDS IN ANY FORM, INCLUDING
USDT OR ANY OTHER CRYPTOCURRENCY
OR FIAT PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE ACCOUNT
BEARING USER ID #68407402,**

**ALL FUNDS IN ANY FORM, INCLUDING
USDT OR ANY OTHER CRYPTOCURRENCY
OR FIAT PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE ACCOUNT
BEARING USER ID #152160928,**

    **Defendants.**

## **DECLARATION OF PUBLICATION**

The United States hereby declares under penalty of perjury that notice of this civil forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 12, 2023 and ending on June 10, 2023, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions,

as evidenced by Attachment.[1]

    Executed on June 22, 2023.

                        Respectfully submitted,

                        ROGER B. HANDBERG
                        United States Attorney

By:   *s/Jennifer M. Harrington*
        JENNIFER M. HARRINGTON
        Assistant United States Attorney
        Florida Bar Number 0117748
        400 W. Washington Street, Ste. 3100
        Orlando, Florida 32801
        (407) 648-7500 – telephone
        (407) 648-7643 – facsimile
        E-mail: Jennifer.Harrington2@usdoj.gov