United States District Court
Middle District of Florida
Orlando Division

**UNITED STATES OF AMERICA**

    *Plaintiff,*

v.                                                          No. 6:23-cv-710-WWB-EJK

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #111070305,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,**

    *Defendants.*

_____

**NOTICE OF CHANGE OF ADDRESS
FOR CLAIMANT SHIJIE SONG'S COUNSEL**

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that Claimant Shijie Song's counsel of record in this matter, King Cheng Miller & Jin, LLP, has changed its address

1

effective July 6, 2023, to the address set forth below. Telephone numbers and email addresses for counsel remain the same.

> King Cheng Miller & Jin, LLP
> 150 N. Santa Anita Ave., Suite 410
> Arcadia, California 91006
> Phone: (626) 304-9001
> Fax: (626) 304.9002

_____
Sheng Jin (CA Bar #229540)

King Cheng Miller & Jin LLP
150 N. Santa Anita Ave., Suite 410
Arcadia, CA 91006
Phone: (626) 304-9001
Fax: (626) 304-9002
sheng@kcmlaw.net
Counsel for Claimant Shijie Song

# PROOF OF SERVICE

I certify and state that I am and was at all times herein mentioned an active member of the State Bar of California; that my business address is 3675 Huntington Dr., Suite 200, Pasadena, CA 91107; and that I am not a party to the action in which this service is made.

On July 6, 2023, I served the documents described as:

**Notice of Change of Address for Claimant Shijie Song's Counsel**

On all interested parties as follows:

| | |
|---|---|
| Jennifer M. Harrington<br>Assistant United States Attorney<br>400 W, Washington Street, Suite 3100<br>Orlando, FL 32801<br>Email: Jennifer.harrington2@usdoj.gov | *Counsel for Plaintiff (United States of America)*<br>*6:23-cv-710-WWB-EJK* |
| Benjamin Weissman, Esq.<br>David Chico Law Group<br>607 Celebration Avenue<br>Celebration, FL 34747<br>Email: serve@davidchicolaw.com | *Counsel for Claimant Chunli Tsao*<br>*6:23-cv-710-WWB-EJK* |

_____ (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, this document would, in the ordinary course of business, be deposited with the U.S. postal service on the same day stated as the service date on this proof of service with postage thereon fully prepaid at San Marino, California. I am aware that on motion of the party served service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this proof of service.

\_\_\_X\_\_\_ (BY E-SERVICE) by attaching a true pdf scan thereof in an e-mail addressed to the interested parties at the e-mail address each has provided in this case, as listed on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 6, 2023, at Pasadena, California.

_____
Sheng Jin