United States District Court
Middle District of Florida
Orlando Division

UNITED STATES OF AMERICA

    *Plaintiff,*

v.                          NO. 6:23-cv-710-WWB-EJK

ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #111070305,

ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,

ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,

    *Defendants.*

---

**CLAIMANT SHIJIE SONG'S VERIFIED ANSWER, AFFIRMATIVE DEFENSES, AND DEMAND FOR JURY TRIAL**

Claimant Shijie Song ("Claimant"), by and through his undersigned counsel, by way of Answer to the Amended Verified Complaint For Forfeiture *In Rem* ("Amended Complaint") filed by plaintiff United States of America ("United States"), avers:

1

The averments in the prefatory paragraph of the Amended Complaint are legal conclusions to which no response is required.

## NATURE OF THE ACTION

1. In response to the averments in paragraph 1 of the Amended Complaint, Claimant admits only that the United States is seeking forfeiture of property generally described in paragraph 1; however, Claimant denies the remaining averments in paragraph 1, which are legal conclusions or arguments to which no response is required.

## JURISDICTION AND VENUE

2. The averments in paragraph 2 of the Amended Complaint are legal conclusions or arguments to which no response is required.

3. Claimant admits the averments in paragraph 3.

4. Claimant admits the averments in paragraph 4, but Claimant does not concede that any alleged acts or omissions allegedly giving rise to forfeiture are correct, justified, or proven.

5. The averments in paragraph 5 of the Amended Complaint are legal conclusions or arguments to which no response is required.

## THE DEFENDANT *IN REM*

6. Claimant is without sufficient information to admit or deny the averments in paragraph 6 and therefore denies the averments.

7. Claimant is without sufficient information to admit or deny the averments in paragraph 7 and therefore denies the averments.

8. The averments in paragraph 8 of the Amended Complaint are legal conclusions or arguments to which no response is required.

## BASIS FOR FORFEITURE

9. The averments in paragraph 9 of the Amended Complaint are legal conclusions or arguments to which no response is required.

10. The averments in paragraph 10 of the Amended Complaint are legal conclusions or arguments to which no response is required.

11. The averments in paragraph 11 of the Amended Complaint are legal conclusions or arguments to which no response is required.

## FACTS

12. Claimant is without sufficient information to admit or deny the averments in paragraph 12 of the Amended Complaint and therefore denies the averments.

**A. The Fraud.**

13. Claimant is without sufficient information to admit or deny the averments in paragraph 13 of the Amended Complaint and therefore denies the averments.

14. Claimant is without sufficient information to admit or deny the averments in paragraph 14 of the Amended Complaint and therefore denies the averments.

15. Claimant is without sufficient information to admit or deny the averments in paragraph 15 of the Amended Complaint and therefore denies the averments.

16. Claimant is without sufficient information to admit or deny the averments in paragraph 16 of the Amended Complaint and therefore denies the averments.

17. Claimant is without sufficient information to admit or deny the averments in paragraph 17 of the Amended Complaint and therefore denies the averments.

18. Claimant is without sufficient information to admit or deny the averments in paragraph 18 of the Amended Complaint and therefore denies the averments.

19. Claimant is without sufficient information to admit or deny the averments in paragraph 19 of the Amended Complaint and therefore denies the averments.

20. Claimant is without sufficient information to admit or deny the averments in paragraph 20 of the Amended Complaint and therefore denies the averments.

21. Claimant is without sufficient information to admit or deny the averments in paragraph 21 of the Amended Complaint and therefore denies the averments.

22. Claimant is without sufficient information to admit or deny the averments in paragraph 22 of the Amended Complaint and therefore denies the averments.

**B.    Cryptocurrency Tracing Analysis.**

23. Claimant is without sufficient information to admit or deny the averments in paragraph 23 of the Amended Complaint and therefore denies the averments.

24. Claimant is without sufficient information to admit or deny the averments in paragraph 24 of the Amended Complaint and therefore denies the averments.

*Movement of Victim 1 Funds to Coinbase, Bitstamp, and Kraken*

25. Claimant is without sufficient information to admit or deny the averments in paragraph 25 of the Amended Complaint and therefore denies the averments.

26. Claimant is without sufficient information to admit or deny the averments in paragraph 26 of the Amended Complaint and therefore denies the averments.

27. Claimant is without sufficient information to admit or deny the averments in paragraph 27 of the Amended Complaint and therefore denies the averments.

28. Claimant is without sufficient information to admit or deny the averments in paragraph 28 of the Amended Complaint and therefore denies the averments.

### *Blockchain Tracing to the Defendant Accounts*

29. The averments in paragraph 29 of the Amended Complaint are legal conclusions or arguments to which no response is required.

30. Claimant is without sufficient information to admit or deny the averments in paragraph 30 of the Amended Complaint and therefore denies the averments.

31. Claimant is without sufficient information to admit or deny the averments in paragraph 31 of the Amended Complaint and therefore denies the averments.

### *Laundering Proceeds to Defendant Account A*

32. Claimant is without sufficient information to admit or deny the averments in paragraph 32 of the Amended Complaint and therefore denies each of those remaining averments, except Claimant admits that Binance account User ID #111070305, opened on or about April 4, 2021, is held in the name of Shijie Song.

33. Claimant is without sufficient information to admit or deny the averments in paragraph 33 of the Amended Complaint and therefore denies the averments.

34. Claimant is without sufficient information to admit or deny the averments in paragraph 34 of the Amended Complaint and therefore denies the averments.

35. Claimant is without sufficient information to admit or deny the averments in paragraph 35 of the Amended Complaint and therefore denies the averments.

36. The averments in paragraph 36 of the Amended Complaint are legal conclusions or arguments to which no response is required. To the extent facts are averred in paragraph 36, Claimant is without sufficient information to admit or deny the averments in paragraph 36 of the Amended Complaint and therefore denies the averments.

37. Claimant is without sufficient information to admit or deny the averments in paragraph 37 of the Amended Complaint and therefore denies the averments.

### *Laundering of Proceeds to Defendant Account B*

38. Claimant is without sufficient information to admit or deny the averments in paragraph 38 of the Amended Complaint and therefore denies the averments.

39. Claimant is without sufficient information to admit or deny the averments in paragraph 39 of the Amended Complaint and therefore denies the averments.

40. Claimant is without sufficient information to admit or deny the averments in paragraph 40 of the Amended Complaint and therefore denies the averments.

41. Claimant is without sufficient information to admit or deny the averments in paragraph 41 of the Amended Complaint and therefore denies the averments.

42. Claimant is without sufficient information to admit or deny the averments in paragraph 42 of the Amended Complaint and therefore denies the averments.

43. Claimant is without sufficient information to admit or deny the averments in paragraph 43 of the Amended Complaint and therefore denies the averments.

### *Laundering of Proceeds to Defendant Account C*

44. Claimant is without sufficient information to admit or deny the averments in paragraph 44 of the Amended Complaint and therefore denies the averments.

45. Claimant is without sufficient information to admit or deny the averments in paragraph 45 of the Amended Complaint and therefore denies the averments.

46. Claimant is without sufficient information to admit or deny the averments in paragraph 46 of the Amended Complaint and therefore denies the averments.

47. Claimant is without sufficient information to admit or deny the averments in paragraph 47 of the Amended Complaint and therefore denies the averments.

48. Claimant is without sufficient information to admit or deny the averments in paragraph 48 of the Amended Complaint and therefore denies the averments.

49. Claimant is without sufficient information to admit or deny the averments in paragraph 49 of the Amended Complaint and therefore denies the averments.

## **CONCLUSION**

50. The averments in paragraph 50 of the Amended Complaint are legal conclusions or arguments to which no response is required.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### Failure to State a Claim

51. The Amended Complaint fails to state a claim for which relief can be granted because it has not presented sufficient facts to establish that the United States will be able to meet its burden of proof at trial.

### SECOND AFFIRMATIVE DEFENSE

### Defense of Good Faith

52. Claimant acted in good faith, and did not act knowingly.

### THIRD AFFIRMATIVE DEFENSE

### Accident or Mistake

53. Claimant acted as a result of accident or mistake, and did not act knowingly.

### FOURTH AFFIRMATIVE DEFENSE

### Civil Asset Forfeiture Recovery Act

54. The United States' claims are barred, in whole or in part, by the provisions of the Civil Asset Forfeiture Recovery Act, 18 U.S.C. § 921, *et seq*.

### FIFTH AFFIRMATIVE DEFENSE

### Innocent Owner

55. The United States' claims are barred, in whole or in part, because Claimant is an "innocent owner" under 18 U.S.C. § 983(d).

## SIXTH AFFIRMATIVE DEFENSE

### Grossly Disproportional

56. The United States' claims are barred, in whole or in part, because the forfeiture it seeks is grossly disproportional under 18 U.S.C. § 983(g).

## SEVENTH AFFIRMATIVE DEFENSE

### Excessive Fines Clause of Eighth Amendment

57. The United States' claims are barred, in whole or in part, because the forfeiture it seeks violates the Excessive Fines Clause of the Eighth Amendment.

## EIGHTH AFFIRMATIVE DEFENSE

### Misjoinder (Fed. R. Civ. P. 21)

58. The United States has improperly joined as defendants three Binance accounts, two of which have no alleged connection to Claimant.

Dated: July 6, 2023            Respectfully submitted,

_____
Sheng Jin (CA Bar #229540)

King Cheng Miller & Jin LLP
150 N. Santa Anita Ave., Suite 410
Arcadia, CA 91006
Phone: (626) 304-9001
Fax: (626) 304-9002
sheng@kcmlaw.net
Counsel for Claimant Shijie Song

## **DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38, and Rule G(9), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Claimant demands a trial by jury of all issues so triable.

Dated:   July 6, 2023         Respectfully submitted,

_____
Sheng Jin (CA Bar #229540)
King Cheng Miller & Jin LLP
150 N. Santa Anita Ave., Suite 410
Arcadia, CA 91006
Phone: (626) 304-9001
Fax: (626) 304-9002
sheng@kcmlaw.net

Counsel for Claimant Shijie Song

## **VERIFICATION**

I, Shijie Song, hereby declare that I have read the foregoing "Claimant Shijie Song's Verified Answer," and know the contents thereof. The matters contained in my Verified Answer are true to my own knowledge and belief.

I hereby verify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __ day of July, 2023, in London, United Kingdom.

                                              See signature on the next page
                                              _____
                                              Shijie Song

## **VERIFICATION**

I, Shijie Song, hereby declare that I have read the foregoing "Claimant Shijie Song's Verified Answer," and know the contents thereof. The matters contained in my Verified Answer are true to my own knowledge and belief.

I hereby verify and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of July, 2023, in London, United Kingdom.

_____
Shijie Song

# PROOF OF SERVICE

I certify and state that I am and was at all times herein mentioned an active member of the State Bar of California; that my business address is 3675 Huntington Dr., Suite 200, Pasadena, CA 91107; and that I am not a party to the action in which this service is made.

On July 6, 2023, I served the documents described as:

**Claimant Shijie Song's Verified Answer, Affirmative Defenses, and Demand for Jury Trial**

On all interested parties as follows:

| | |
|---|---|
| Jennifer M. Harrington<br>Assistant United States Attorney<br>400 W, Washington Street, Suite 3100<br>Orlando, FL 32801<br>Email: Jennifer.harrington2@usdoj.gov | *Counsel for Plaintiff (United States of America)*<br>*6:23-cv-710-WWB-EJK* |
| Benjamin Weissman, Esq.<br>David Chico Law Group<br>607 Celebration Avenue<br>Celebration, FL 34747<br>Email: serve@davidchicolaw.com | *Counsel for Claimant Chunli Tsao*<br>*6:23-cv-710-WWB-EJK* |

_____  (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, this document would, in the ordinary course of business, be deposited with the U.S. postal service on the same day stated as the service date on this proof of service with postage thereon fully prepaid at San Marino, California. I am aware that on motion of the party served service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this proof of service.

\_\_\_X\_\_\_  (BY E-SERVICE) by attaching a true pdf scan thereof in an e-mail addressed to the interested parties at the e-mail address each has provided in this case, as listed on the attached service list.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 6, 2023, at Pasadena, California.

_____
Sheng Jin