**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                          Case No: 6:23-cv-710-WWB-EJK

ALL FUNDS IN ANY FORM,
INCLUDING USDT OR ANY OTHER
CRYPTOCURRENCY OF FIAT
PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE
ACCOUNT BEARING USER ID
111070305,68407402, 152160928,
SHIJIE SONG and CHUNLI TSAO,

        Defendants.

## **ORDER**

On Monday July 12, 2004, the United States District Court for the Middle District of Florida converted to a mandatory paperless electronic filing system: CM/ECF. Extensive notice of this conversion was provided via the Middle District of Florida's web-page, announcements, and numerous mailings.

All attorneys appearing before this court shall begin using the CM/ECF docket system within **fourteen days** of their entry of appearance in any action pending before this Court.

Counsel are directed to the website located at www.flmd.uscourts.gov under "CM/ECF" where they can request their password from the Court. Counsel are strongly encouraged to take the tutorials offered on the website before using the system.

**DONE and ORDERED** in Orlando, Florida on this July 7, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE