United States District Court
Middle District of Florida
Orlando Division

**UNITED STATES OF AMERICA**

    *Plaintiff,*

v.                                                  NO. 6:23-cv-710-WWB-EJK

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #111070305,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,**

    *Defendants.*

_____

**CLAIMANT SHIJIE SONG'S DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE 3.03**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Claimant Shijie Song makes the following disclosure.

1

Claimant and his counsel of record in this matter, King Cheng Miller & Jin, LLP, and plaintiff the United States of America, are the only persons known by Claimant to have an interest in the outcome of this matter.

Claimant certifies that, except as disclosed, Claimant is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and Claimant will immediately notify the judge in writing within fourteen days after Claimant knows of any such conflict.

_____
Sheng Jin (CA Bar #229540)

King Cheng Miller & Jin LLP
150 N. Santa Anita Ave., Suite 410
Arcadia, CA 91006
Phone: (626) 304-9001
Fax: (626) 304-9002
sheng@kcmlaw.net
Counsel for Claimant Shijie Song