UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                Case No. 6:23-cv-710-WWB-EJK

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #111070305,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,**

    **Defendants.**

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.07(c), I certify that the instant action is related to pending or closed or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

In Matter of the Seizure of:

| | |
|---|---|
| All funds in any form, including USDT or any other cryptocurrency or fiat previously stored in or accessible via Binance account bearing User ID #11107035 | Case Number:  6:22-mj-2235 (Sealed) |
| All funds in any form, including USDT or any other cryptocurrency or fiat previously stored in or accessible via Binance account bearing User ID #68407402 | Case Number:  6:22-mj-2236 (Sealed) |
| All  funds in any form, including USDT or any other cryptocurrency or fiat previously stored in or accessible via Binance account bearing User ID #152160928 | Case Number: 6:22-mj-2237 (Sealed) |

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after the appearance of the party.

Dated: July 19, 2023

                                    Respectfully Submitted,

                                    ROGER B. HANDBERG
                                    United States Attorney

                  By:    *s/Jennifer M. Harrington*
                            JENNIFER M. HARRINGTON
                            Assistant United States Attorney
                            Florida Bar Number 0117748
                            400 West Washington Street, Suite 3100
                            Orlando, Florida 32801
                            (407) 648-7500 – telephone
                            (407) 648-7643 – facsimile
                            E-mail: Jennifer.Harrington2@usdoj.gov