UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff,<br><br>v.<br><br>ALL FUNDS IN ANY FORM, INCLUDIGN USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBE VIA BINANCE ACCOUNT BEARING USER ID #111070305,<br><br>ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,<br><br>ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,<br><br>    Defendants. | Case No. 6:23-cv-710-WWB-EJK |

## CLAIMANT'S LOCAL RULE 3.03 AND RULE 7, FED. R. CIV. P., DISCLOSURE STATEMENT

Chunli Tsao ("Claimant"), by and through the undersigned attorney, files this disclosure statement in accordance with Local Rule 3.03, and Rule 7, Fed. R. Civ. P., stating as follows:

(1) each person — including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity — that has or might have an interest in the outcome;

Chunli Tsao, Benjamin Weissman, David Chico, Yaou Li, the David Chico Law Group, and YL International Law Group.

(2) each entity with publicly traded shares or debt potentially affected by the outcome;

N/A

(3) each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditor's committee; and

N/A

(4) each person arguably eligible for restitution.

Chunli Tsao

The undersigned counsel certifies that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

## CERTIFICATE OF SERVICE

It is hereby certified that on August 1, 2023, I filed this disclosure statement with the Clerk of Court by utilizing the CM/ECF system that will serve this pleading on all parties of record via electronic filing.

By: /s/     Benjamin Weissman

Benjamin Weissman, Esq., FBN: 120770
DAVID CHICO LAW GROUP
607 Celebration Avenue
Celebration, Florida 34747
T: 407-933-7703
F: 407-933-7713
For eService: serve@davidchicolaw.com
**Trial Counsel for Claimant**