**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.   Case No.: 6:23-cv-710-WWB-EJK

ALL FUNDS IN ANY FORM,
INCLUDING USDT OR ANY OTHER
CRYPTOCURRENCY OF FIAT
PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE
ACCOUNT BEARING USER ID
111070305,68407402, 152160928,
SHIJIE SONG and CHUNLI TSAO,

    Defendants.

_____/

**ORDER**

It is **ORDERED** that the parties to this action shall adhere to the following schedule:

- By February 12, 2024, Plaintiff shall file an opening brief;
- By March 12, 2024, Defendants shall file their responsive brief;
- By March 26, 2024, Plaintiff may file a reply brief (five-page limit).

A hearing will be set at the Court's discretion.

**DONE AND ORDERED** in Orlando, Florida on January 12, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties