From: Williams, Beverly (USAFLM)
Sent: Wednesday, May 17, 2023 3:46 PM
To: f221029231@gmail.com
Cc: Harrington, Jennifer (USAFLM)
Subject: U.S. v. All Funds in any form, etc. - Case No. 6:23-cv-710-WWB-EJK
Attachments: Chen Han Hsieh-notice package.pdf

Mr. Chen Han Hsieh,

I am attaching the Notice of Amended Verified Complaint for Forfeiture In Rem, Amended Verified Complaint for Forfeiture In Rem, Order on Discovery Motions, three (3) Warrants of Arrest In Rem, and an Acknowledgment of Receipt of Notice of Amended Complaint for Forfeiture In Rem.

Please acknowledge receipt of these documents at your earliest convenience.

Thanks

Beverly L. Williams
Paralegal Specialist
United States Attorney's Office
Orlando, FL 32801

EXHIBIT A