**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                             Case No. 6:23-cv-710-WWB-EJK

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #111070305,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,**

    **Defendants.**

## STIPULATED DISMISSAL AS TO DEFENDANT ACCOUNT A

    The United States of America and Claimant Shijie Song hereby file this Stipulation of Dismissal in the above case, solely as it pertains to:

    all funds in any form, including USDT or any other cryptocurrency or fiat previously stored in or accessible via Binance account bearing User ID #111070305, herein referred to as "Defendant Account A,"

without prejudice, in accordance with the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Aside from Claimant Shijie Song, no third parties have filed a claim for Defendant Account A and no other parties have appeared in reference to Defendant

Account A. The United States and Claimant Shijie Song have agreed to dismiss this action against Defendant Account A, without prejudice, with all parties to bear their own fees and costs incurred, and with all funds in any form, including USDT or any other cryptocurrency or fiat previously stored in or accessible via Defendant Account A (less transfer fees) to be returned to a wallet of Claimant Song's designation within 21 days from the date of this Stipulated Dismissal.

Respectfully Submitted,

ROGER B. HANDBERG
United States Attorney

By: *s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
Email: Jennifer.Harrington2@usdoj.gov

By: s/*Sheng Jin*
Sheng Jin (CA Bar 229540)
King Cheng Miller & Jin LLP
150 N. Santa Anita Ave., Suite 410
Arcadia, CA 91006
Phone: (626) 304-9001
Fax: (626) 304-9002
sheng@kcmlaw.net
Attorney for Claimant Shijie Song

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to the parties of record.

*s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
