**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**                                **Case No. 6:23-cv-710-WWB-EJK**

**ALL FUNDS IN ANY FORM, INCLUDING**
**USDT OR ANY OTHER CRYPTOCURRENCY**
**OR FIAT PREVIOUSLY STORED IN OR**
**ACCESSIBLE VIA BINANCE ACCOUNT**
**BEARING USER ID #111070305,**

**ALL FUNDS IN ANY FORM, INCLUDING**
**USDT OR ANY OTHER CRYPTOCURRENCY**
**OR FIAT PREVIOUSLY STORED IN OR**
**ACCESSIBLE VIA BINANCE ACCOUNT**
**BEARING USER ID #68407402,**

**ALL FUNDS IN ANY FORM, INCLUDING**
**USDT OR ANY OTHER CRYPTOCURRENCY**
**OR FIAT PREVIOUSLY STORED IN OR**
**ACCESSIBLE VIA BINANCE ACCOUNT**
**BEARING USER ID #152160928,**

      **Defendants.**

## CONSENT MOTION FOR JUDGMENT OF FORFEITURE

The United States of America moves the Court pursuant to 18 U.S.C. §§

981(a)(1)(A), 981(a)(1)(C), and Rule G(2) of the Supplemental Rules for Admiralty or

Maritime Claims and Asset Forfeiture Actions, for a Judgment of Forfeiture for the

following:[1]

---

[1] Through this motion, the United States is only seeking a judgment of forfeiture for Defendant Account C, as identified in the Amended Complaint, for which there are no unresolved claims. The United States has already moved for a judgment of forfeiture as to Defendant Account B (Doc. 36), and has dismissed the action against Defendant Account A (Doc. 37).

> All funds in any form, including USDT or any other cryptocurrency or fiat previously stored in or accessible via Binance account bearing User ID #152160928, herein referred to as "Defendant Account C."

In support thereof, the United States submits the following memorandum of law.

## MEMORANDUM OF LAW

### I.    Statement of Facts

1.    On April 27, 2023, the United States filed its Amended Verified Complaint for Forfeiture In Rem. Doc. 11. This case is a civil action *in rem* to forfeit to the United States, pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, all funds in any form, previously stored in or accessible via three individual Binance accounts on the grounds that the funds are proceeds obtained from wire fraud offenses, in violation of 18 U.S.C. § 1343, and funds involved in money laundering offenses, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

2.    The only persons known to have an alleged interest in the funds seized from Defendant Account C is Chunli Tsao (Claimant Tsao).

3.    On June 22, 2023, and July 12, 2023, respectively, Claimant Tsao filed a claim (Doc. 21), and answer (Doc. 27), with respect to Defendant Account C.

4.    On September 20, 2024, the United States and Claimant Tsao executed a Settlement Agreement wherein Claimant Tsao agreed withdraw her claim and answer contesting the civil judicial forfeiture of the funds seized from Defendant Account C. Additionally, the United States agreed not to pursue additional avenues to seek the seizure of certain remaining funds in Defendant Account C, based upon or related to the

conduct giving rise to the Amended Verified Complaint for Forfeiture *In Rem. See* Exhibit A. Pursuant to that agreement, Claimant Tsao withdrew her claim on September 30, 2024. Doc. 38.

5.      The United States filed a Declaration of Publication which reflects that notice of this forfeiture was posted on an official government internet website (www.forfeiture.gov) for at least 30 consecutive days, beginning on May 12, 2023, pursuant to Supp'l Rule G(4)(a)(iv)(C). Doc. 22.

## II.      **Legal Argument**

Based on the facts, which are more fully set forth in the Amended Verified Complaint, the funds seized from Defendant Account C are subject to forfeiture to the United States pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, on the grounds that the funds are proceeds obtained from wire fraud offenses, in violation of 18 U.S.C. § 1343, and funds involved in money laundering offenses, in violation of 18 U.S.C. § 1956(a)(1)(B)(i).

As required by Supp'l Rule G(4)(a)(iv)(C), the United States posted notice of this forfeiture on an official government internet website (www.forfeiture.gov) for at least 30 days, beginning May 12, 2023. Under Rule G(5)(a)(ii), a person or entity is required to file a claim to the defendant property within the time stated on the direct written notice, or not later than 60 days after the first date of internet publication. The Warrant of Arrest *in Rem* and the internet publication gave instructions for filing a claim in the form of a Statement of Right or Interest, to be filed with the Office of the Clerk, United States District Court, 401 West Central Boulevard, Suite 1200, Orlando, Florida 32801, within

the time prescribed by law.

Claimant Tsao is the only person known to have an interest in the funds seized from Defendant Account C. In accordance with the provisions of Supp'l Rule G(4)(b)(i), Claimant Tsao, received actual notice of this action and was sent a copy of the Amended Verified Complaint. Subsequently, Claimant Tsao executed a Settlement Agreement wherein by agreeing to withdraw her claim, she consented to entry of an order forfeiting Defendant Account C. No other person or entity has filed a claim, and the time for filing such a claim has expired. Thus, it is now appropriate for the Court to enter a Judgment of Forfeiture for the funds seized from Defendant Account C.

## III.    Conclusion

The United States respectfully requests that this Court enter a Judgment of Forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), and Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, forfeiting to the United States of America all right, title, and interest in the funds seized from Defendant Account C for disposition according to law.

> Respectfully Submitted,
>
> ROGER B. HANDBERG
> United States Attorney
>
>
> By:    *s/Jennifer M. Harrington*
> JENNIFER M. HARRINGTON
> Assistant United States Attorney
> Florida Bar No. 0117748
> 400 W. Washington Street, Suite 3100
> Orlando, Florida 32801
> Telephone: (407) 648-7500
> Facsimile: (407) 648-7643
> Email: Jennifer.Harrington2@usdoj.gov

4

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2024, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system which will send a notice of

electronic filing to counsel of record.

*s/Jennifer M. Harrington*
JENNIFER M. HARRINGTON
Assistant United States Attorney
