UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                    Case No. 6:23-cv-710-WWB-EJK

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #111070305,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,**

    Defendants.

## MOTION FOR EXTENSION OF TIME TO FILE AMENDED MOTION

The United States of America hereby respectfully requests a brief extension for a period of seven days, until April 23, 2025, to file an amended motion as to funds previously stored in or accessible via Binance Holdings Limited accounts bearing User ID #68407402 (Account B) and User ID #152160928 (Account C), and in support, states as follows:

1. On March 28, 2025, the Court struck Claimant Chunli Tsao's withdrawal of her claim to Account C (Doc. 38) and denied the Government's Motions for Judgments of Forfeiture (Docs. 36, 39) without prejudice. Doc. 41. The Court further permitted the

Government to file amended motions as to Accounts B and C on or before April 16, 2025. *Id.*

2. On March 31, 2025, as a result of the Court's order, the undersigned contacted Claimant Tsao's counsel, Benjamin Weissman, to determine if, and when he intended to re-file a withdrawal of Claimant Tsao's claim and answer, in accordance with a settlement agreement signed by Claimant Tsao, Mr. Weissman, and the undersigned in September 2024.

3. The undersigned and Mr. Weissman have been in regular contact regarding the settlement agreement and the anticipated pleadings in this case. However, Mr. Weissman requires additional time to meaningfully consult with his client, prior to filing a motion to withdraw the previously filed claim and answer. As a result, a motion from the Government seeking entry of default by the clerk is premature. The additional time is necessary to allow the undersigned to file an amended motion seeking the entry of default by the clerk once Claimant Tsao has properly withdrawn her claim and answer, per the agreement between the parties. The undersigned is prepared to file one motion, addressing Accounts B and C, for judicial efficiency.

4. On April 15, 2025, the undersigned discussed this motion with Claimant Tsao's counsel, who advised that he has no objection this motion.

Accordingly, the United States respectfully requests that the Court provide an extension for seven days, until April 23, 2025, for the United States to file its amended motion as to Account B and C.

                         Respectfully Submitted,

                         GREGORY W. KEHOE
                         United States Attorney

By:   *s/Jennifer M. Harrington*
        JENNIFER M. HARRINGTON
        Assistant United States Attorney
        Florida Bar No. 0117748
        400 W. Washington Street, Suite 3100
        Orlando, Florida 32801
        Telephone: (407) 648-7500
        Facsimile: (407) 648-7643
        Email: Jennifer.Harrington2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                         *s/Jennifer M. Harrington*
                         JENNIFER M. HARRINGTON
                         Assistant United States Attorney