# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>    Plaintiff,<br><br>v.<br><br>**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBE VIA BINANCE ACCOUNT BEARING USER ID #111070305,**<br><br>**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,**<br><br>**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,**<br>    Defendants. | **Case No. 6:23-cv-710-WWB-EJK** |

## NOTICE OF WITHDRAWAL OF CLAIM

Under Rule 15(a)(2), Fed. R. Civ. P., Claimant dismisses this claim with prejudice, as the parties have reached an amicable resolution to this matter. Each side will bear its own costs and attorney's fees.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 22, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

By: <u>/s/    Benjamin Weissman</u>

Benjamin Weissman, Esq., FBN: 120770
DAVID CHICO LAW GROUP
607 Celebration Avenue
Celebration, Florida 34747
T: 407-933-7703
F: 407-933-7713
For eService: serve@davidchicolaw.com
**Trial Counsel for Claimant**