**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                   Case No.: 6:23-cv-710-WWB-UAM

ALL FUNDS IN ANY FORM,
INCLUDING USDT OR ANY OTHER
CRYPTOCURRENCY OF FIAT
PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE
ACCOUNT BEARING USER ID
111070305,68407402, 152160928 and
CHUNLI TSAO,

        Defendants.

_____/

## ORDER

The Court has been advised by the Notice of Withdrawal of Claim that the above-styled action has been completely settled as to Claimant Chunli Tsao. (Doc. 44 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that the claims by Chunli Tsao are hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. The Clerk is directed to terminate Chunli Tsao as a Claimant in the above-styled action and amend the case style accordingly.

**DONE AND ORDERED** at Orlando, Florida on April 23, 2025.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record