UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.     Case No. 6:23-cv-710-WWB-EJK

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,**

    **Defendants.**

**DECLARATION IN SUPPORT OF UNITED STATES'
MOTION FOR CLERK'S ENTRY OF DEFAULT**

I, Kelly Lake, a Forfeiture Support Associates, LLC Contract Paralegal with the United States Attorney's Office, make the following Declaration in lieu of an affidavit, as permitted by 28 U.S.C. § 1746. I am aware that this Declaration will be filed with the United States District Court for the Middle District of Florida, and that it is the legal equivalent of a statement under oath.

    1.    I have been a Contract Paralegal for the United States Attorney's Office since April 2001. My duties include, in relevant part, providing notice of forfeiture in accordance with the requirements of Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

2. This Declaration supports the United States' Motion for Clerk's Entry of Default, which requests that the Clerk enter a Default for the potential claimants served with notice in this action, Chen Han Hsieh (Hsieh) and Chunli Tsao (Tsao).

3. In this case, law enforcement records provided by the United States Secret Service (USSS) determined the individuals that may have a potential interest in the Defendant Accounts B and C. The records revealed that the Defendant Accounts B and C were seized from Binance by the United States Secret Service on or about February 24, 2023; March 1, 2023; March 9, 2023; March 22, 2023; and April 5, 2023, pursuant to Federal seizure warrants. Hsieh is the only person known to have an alleged interest in the funds seized from Defendant Account B, and Tsao is the only person known to have an alleged interest in the funds seized from Defendant Account C.

4. Thus, in accordance with the requirements of Rule G(4)(b), direct written notice of this forfeiture action and instructions on filing a claim, was sent to known potential claimants, Hsieh and Tsao. Specific details of noticing are provided below.

5. On May 17, 2023, a Notice of Complaint for Forfeiture, Amended Verified Complaint for Forfeiture In Rem, Order on Discovery Motions, Warrants of Arrest In Rem, Acknowledgment of Receipt of Notice of Complaint for Forfeiture (the Notice Package), were emailed to Hsieh with respect to Defendant Account B, who is associated with the email address f221029231@gmail.com and Tsao with respect to Defendant Account C, who is associated with the email address wct588888@gmail.com. *See* **Exhibits 1, 2**.

6. The Notice of Complaint for Forfeiture *In Rem* that was part of the notice

package mailed to potential claimants advised that, in order to avoid forfeiture of the Defendant Accounts, any person who asserts an interest in the Defendant Accounts was required to file a verified claim within 35 days of the notice date—here, on or before June 21, 2023—with the Office of the Clerk, United States District Court, Middle District of Florida. The Notice set forth the requirements for the verified claim pursuant to Rule G(5)(a) and advised that "[f]ailure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint."

7.  The United States published notice of the above-referenced civil forfeiture action on its official website, www.forfeiture.gov, for a period of 30 consecutive days, from May 12, 2023, through and including June 10, 2023, as required by Rule G(4)(a)(i) & (iv)(C)(3), as evidenced by the Declaration of Publication filed with this Court on June 22, 2023. Doc. 22. Pursuant to Rule G(5)(a)(ii)(B), anyone who received notice via publication was required to file a claim no later than 60 days after the first day of publication—here, on or before July 11, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 04/23/25

_____
KELLY LAKE
Forfeiture Support Associates, LLC
Contract Paralegal

3

From:   Williams, Beverly (USAFLM)
Sent:   Wednesday, May 17, 2023 3:46 PM
To:     f221029231@gmail.com
Cc:     Harrington, Jennifer (USAFLM)
Subject:   U.S. v. All Funds in any form, etc. - Case No. 6:23-cv-710-WWB-EJK
Attachments:   Chen Han Hsieh-notice package.pdf

Mr. Chen Han Hsieh,

I am attaching the Notice of Amended Verified Complaint for Forfeiture In Rem, Amended Verified Complaint for Forfeiture In Rem, Order on Discovery Motions, three (3) Warrants of Arrest In Rem, and an Acknowledgment of Receipt of Notice of Amended Complaint for Forfeiture In Rem.

Please acknowledge receipt of these documents at your earliest convenience.

Thanks

Beverly L. Williams
Paralegal Specialist
United States Attorney's Office
Orlando, FL 32801

EXHIBIT A1

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff,**

**v.**                                            **Case No. 6:23-cv-710-WWB-EJK**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #111070305,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,**

    **Defendants.**

## NOTICE OF AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

*SENT VIA E-MAIL TO: f221029231@gmail.com*

TO:   Mr. Chen Han Hsieh

    1.    FORFEITURE COMPLAINT: On April 27, 2023, the United States of America filed an amended civil complaint seeking forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), in the United States District Court for the Middle District of Florida, Orlando Division, against the following:

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #111070305,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,**

Enclosed with this Notice of Amended Complaint for Forfeiture in Rem, you will find an Amended Verified Complaint for Forfeiture In Rem, Order on Discovery Motions, Warrants of Arrest In Rem, and Acknowledgment of Receipt of Notice of Complaint for Forfeiture. Please send the signed Acknowledgment of Receipt of Notice of Amended Complaint for Forfeiture to the United States Attorney's Office at the address listed on the Acknowledgement.

2. FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property must file a verified claim with the Office of the Clerk, United States District Court, Middle District of Florida *within 35 days after the date of this notice, or by June 21, 2023.*

3. CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of

**Notice of Forfeiture - Page 2**

perjury.  In signing your verified claim under penalty of perjury, you must specifically certify, under penalty of perjury, that the assertions contained in it are true and correct. See 28 U.S.C. § 1746.  If the Statement of Right or Interest is made on behalf of the person entitled to possession by an agent, bailee, or attorney, it must state that the agent, bailee, or attorney is duly authorized to make the Statement of Right or Interest.

4. FILING OF AN ANSWER: If you filed a verified claim, you must then file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure with the Office of the Clerk, United States District Court, Middle District of Florida *within 21 days after filing the verified claim.*

5. FILING WITH COURT AND SERVICE ON UNITED STATES: As noted above, both the verified claim and answer must be filed with the with the, Office of the Clerk, United States District Court, Middle District of Florida, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120.  A copy of any Statement of Right or Interest and Answer (or motion) filed also must be sent to Roger B. Handberg, United States Attorney for the Middle District of Florida, 400 West Washington Street, Suite 3100, Orlando, Florida 32801, Attn: Jennifer M. Harrington, Assistant United States Attorney.

6. **FAILURE TO COMPLY WITH RULE G:** Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint. You may wish to seek legal advice to protect your interests.

7. **ADDITIONAL INFORMATION:** Additional procedures and regulations regarding this forfeiture action are found at 18 U.S.C. § 983; 19 U.S.C. §§ 1602-1619; and 28 C.F.R. § 9.

Dated: May 17, 2023

ROGER B. HANDBERG
United States Attorney

By: _____
JENNIFER M. HARRINGTON
Assistant United States Attorney
Florida Bar No. 0117748
400 West Washington Street, Suite 3100
Orlando, Florida  32801
(407) 648-7500 – telephone
(407) 648-7643 – facsimile
E-mail: Jennifer.Harrington2@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff,**

v.                                         Case No. 6:23-cv-710-WWB-EJK

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #111070305,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,**

    **Defendants.**

## ACKNOWLEDGMENT OF RECEIPT OF
## NOTICE OF AMENDED COMPLAINT FOR FORFEITURE *IN REM*

TO:    Jennifer M. Harrington
         Assistant United States Attorney
         United States Attorney's Office
         400 West Washington Street, Suite 3100
         Orlando, Florida 32801

Mr. Chen Han Hsieh, hereby acknowledges receipt of a Notice of Forfeiture;

Amended Verified Complaint for Forfeiture In Rem; Order on Discovery Motions; and

Warrants of Arrest In Rem, in the action styled *United States v. All Funds in Any Form,*

*Including USDT or Any Other Cryptocurrency or Fiat Previously Stored in or Accessible*

*Via Binance Account Bearing User ID 111070305, 68407402, and 152160928.*, Case

*No.* 6:23-cv-710-WWB-EJK, United States District Court, Middle District of Florida, Orlando Division. Also enclosed is an Acknowledgment of Receipt of Notice of Amended Complaint for Forfeiture and a self-addressed, postage prepaid envelope in which this Acknowledgment can be returned.

Mr. Chen Han Hsieh acknowledges that a default judgment may be entered against the defendant property if a Statement of Right or Interest is not filed with the Clerk of the Court and served on the United States Attorney on or before **June 21, 2023**, and if an Answer is not filed with the Clerk of the Court and served on the above addressee within 21 days after filing a Statement of Right or Interest.

Date: _____          _____
                                                            Mr. Chen Han Hsieh

| | |
|---|---|
| **From:** | Williams, Beverly (USAFLM) |
| **To:** | wct588888@gmail.com |
| **Cc:** | Harrington, Jennifer (USAFLM) |
| **Subject:** | U.S. v. All Funds in any form, etc - Case No. 6:23-cv-710-WWB-EJK |
| **Date:** | Wednesday, May 17, 2023 3:52:51 PM |
| **Attachments:** | Chun Li Tsao-notice package.pdf |

Ms. Chun Li Tsao,

I am attaching the Notice of Amended Verified Complaint for Forfeiture In Rem, Amended Verified Complaint for Forfeiture In Rem, Order on Discovery Motions, three (3) Warrants of Arrest In Rem, and an Acknowledgment of Receipt of Notice of Amended Complaint for Forfeiture In Rem.

Please acknowledge receipt of these documents at your earliest convenience.

Thanks

Beverly L. Williams
Paralegal Specialist
United States Attorney's Office
Orlando, FL 32801

EXHIBIT A2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**UNITED STATES OF AMERICA**

    **Plaintiff,**

v.                                                                Case No. 6:23-cv-710-WWB-EJK

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #111070305,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,**

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,**

    **Defendants.**

## NOTICE OF AMENDED VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

*SENT VIA E-MAIL TO: wct588888@gmail.com*

TO:   Ms. Chun Li Tsao

    1.   FORFEITURE COMPLAINT: On April 27, 2023, the United States of America filed an amended civil complaint seeking forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(C), in the United States District Court for the Middle District of Florida, Orlando Division, against the following:

**Notice of Forfeiture - Page 1**

>   **ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #111070305,**
>
>   **ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #68407402,**
>
>   **ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OR FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID #152160928,**

Enclosed with this Notice of Amended Complaint for Forfeiture in Rem, you will find an Amended Verified Complaint for Forfeiture In Rem, Order on Discovery Motions, Warrants of Arrest In Rem, and Acknowledgment of Receipt of Notice of Complaint for Forfeiture. Please send the signed Acknowledgment of Receipt of Notice of Amended Complaint for Forfeiture to the United States Attorney's Office at the address listed on the Acknowledgement.

2.   FILING OF A VERIFIED CLAIM: Pursuant to Supplemental Rule G(5)(a)(ii), in order to avoid forfeiture of the defendant property, any person who asserts an interest in the defendant property must file a verified claim with the Office of the Clerk, United States District Court, Middle District of Florida *within 35 days after the date of this notice, or by June 21, 2023.*

3.   CONTENTS OF VERIFIED CLAIM: Pursuant to Rule G(5)(a), the claim must (A) identify the specific property claimed; (B) identify the claimant and state the claimant's interest in the property; and (C) be signed by the claimant under penalty of

**Notice of Forfeiture - Page 2**

perjury. In signing your verified claim under penalty of perjury, you must specifically certify, under penalty of perjury, that the assertions contained in it are true and correct. See 28 U.S.C. § 1746. If the Statement of Right or Interest is made on behalf of the person entitled to possession by an agent, bailee, or attorney, it must state that the agent, bailee, or attorney is duly authorized to make the Statement of Right or Interest.

4. FILING OF AN ANSWER: If you filed a verified claim, you must then file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure with the Office of the Clerk, United States District Court, Middle District of Florida *within 21 days after filing the verified claim*.

5. FILING WITH COURT AND SERVICE ON UNITED STATES: As noted above, both the verified claim and answer must be filed with the with the, Office of the Clerk, United States District Court, Middle District of Florida, Orlando Division, 401 W. Central Blvd., Suite 1200, Orlando, Florida 32801-0120. A copy of any Statement of Right or Interest and Answer (or motion) filed also must be sent to Roger B. Handberg, United States Attorney for the Middle District of Florida, 400 West Washington Street, Suite 3100, Orlando, Florida 32801, Attn: Jennifer M. Harrington, Assistant United States Attorney.

6.      FAILURE TO COMPLY WITH RULE G:   Failure to follow the requirements set forth above may result in judgment by default taken against you for relief demanded in the Complaint.  You may wish to seek legal advice to protect your interests.

7.      ADDITIONAL INFORMATION:   Additional procedures and regulations regarding this forfeiture action are found at 18 U.S.C. § 983; 19 U.S.C. §§ 1602-1619; and 28 C.F.R. § 9.

Dated: May 17, 2023              ROGER B. HANDBERG
                                 United States Attorney

                         By:     _____
                                 JENNIFER M. HARRINGTON
                                 Assistant United States Attorney
                                 Florida Bar No. 0117748
                                 400 West Washington Street, Suite 3100
                                 Orlando, Florida   32801
                                 (407) 648-7500 – telephone
                                 (407) 648-7643 – facsimile
                                 E-mail: Jennifer.Harrington2@usdoj.gov

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                    Case No. 6:23-cv-710-WWB-EJK

**ALL FUNDS IN ANY FORM, INCLUDING
USDT OR ANY OTHER CRYPTOCURRENCY
OR FIAT PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE ACCOUNT
BEARING USER ID #111070305,**

**ALL FUNDS IN ANY FORM, INCLUDING
USDT OR ANY OTHER CRYPTOCURRENCY
OR FIAT PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE ACCOUNT
BEARING USER ID #68407402,**

**ALL FUNDS IN ANY FORM, INCLUDING
USDT OR ANY OTHER CRYPTOCURRENCY
OR FIAT PREVIOUSLY STORED IN OR
ACCESSIBLE VIA BINANCE ACCOUNT
BEARING USER ID #152160928,**

    **Defendants.**

## ACKNOWLEDGMENT OF RECEIPT OF
## NOTICE OF AMENDED COMPLAINT FOR FORFEITURE *IN REM*

TO:    Jennifer M. Harrington
        Assistant United States Attorney
        United States Attorney's Office
        400 West Washington Street, Suite 3100
        Orlando, Florida 32801

Ms. Chun Li Tsao, hereby acknowledges receipt of a Notice of Forfeiture; Amended Verified Complaint for Forfeiture In Rem; Order on Discovery Motions; and Warrants of Arrest In Rem, in the action styled *United States v. All Funds in Any Form, Including USDT or Any Other Cryptocurrency or Fiat Previously Stored in or Accessible Via Binance Account Bearing User ID 111070305, 68407402, and 152160928.*, Case

*No.* 6:23-cv-710-WWB-EJK, United States District Court, Middle District of Florida, Orlando Division. Also enclosed is an Acknowledgment of Receipt of Notice of Amended Complaint for Forfeiture and a self-addressed, postage prepaid envelope in which this Acknowledgment can be returned.

Ms. Chun Li Tsao acknowledges that a default judgment may be entered against the defendant property if a Statement of Right or Interest is not filed with the Clerk of the Court and served on the United States Attorney on or before **June 21, 2023**, and if an Answer is not filed with the Clerk of the Court and served on the above addressee within 21 days after filing a Statement of Right or Interest.

Date: _____      _____
                                   Ms. Chun Li Tsao