## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

v.                                                                    Case No: 6:23-cv-710-WWB-UAM

**ALL FUNDS IN ANY FORM, INCLUDING USDT OR ANY OTHER CRYPTOCURRENCY OF FIAT PREVIOUSLY STORED IN OR ACCESSIBLE VIA BINANCE ACCOUNT BEARING USER ID 111070305,68407402, 152160928,**

       **Defendant.**

_____

### CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **CHEN HAN HSIEH** in Orlando, Florida on the 28th day of May, 2025.

ELIZABETH M. WARREN, CLERK

s/JR, Deputy Clerk

Copies furnished to:

Counsel of Record