Print Form



# Department of the Treasury
*Federal Law Enforcement Agencies*
PROCESS RECEIPT AND RETURN

| PLAINTIFF | United States of America | COURT CASE NUMBER | 6:23-cv-710-WWB-EJK |
|---|---|---|---|
| DEFENDANT | ALL FUNDS IN ANY FORM, ET AL. | TYPE OF PROCESS | Return Asset |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE

ADDRESS (Street or RFD, Apartment No., City, State and Zip Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Jennifer M. Harrington, AUSA
U.S. Attorney's Office
400 West Washington St., Suite 3100
Orlando, Florida 32801

NUMBER OF PROCESS TO BE SERVED IN THIS CASE
NUMBER OF PARTIES TO BE SERVED IN THIS CASE
CHECK BOX IF SERVICE IS ON USA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

Pursuant to the Stipulation of Dismissal, and the Court's order (Doc. 41) please return all funds in any form, including USDT or any other cryptocurrency or fiat previously stored in or accessible via Binance account bearing User ID #111070305, referred to as "Defendant Account A" to the Binance account from which it was seized, for access by Claimant Shijie Song.

Signature of Attorney or other Originator requesting service on behalf of   ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NO. (407) 648-7560   DATE 06/13/2025

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS

**SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY**

| I acknowledge receipt for the total number Of process indicated | District of Origin No. | District to Serve No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT I ☐ PERSONALLY SERVED, ☐ HAVE LEGAL EVIDENCE OF SERVICE, ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW

☐ I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE

☐ A person of suitable age and discretion then residing In the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE: 08-19-24
TIME OF SERVICE: ☐ AM ☐ PM
SIGNATURE, TITLE AND TREASURY AGENCY: AFOS, USSS

**REMARKS:**
On 08/19/2024, the Virtual Currency on the attached list was returned to Shijie Song through his counsel: Sheng Jin, King Cheng Miller & Jin LLP.

TD F 90-22.48 (6/96)

| Asset | Description | App. Value |
|---|---|---|
| 327-2023-007-0001 | 9,960 Cartesi from Binance User ID #111070305 Belonging to Song Shijie Null | $1,330.65 |
| 327-2023-007-0002 | 99.8920 Solana from Binance User ID #111070305 Belonging to Song Shijie Null | $1,850.49 |
| 327-2023-007-0003 | 998,635,258 Shiba Inu from Binance User ID #111070305 Belonging to Song Shijie Null | $11,039.91 |
| 327-2023-007-0004 | 9,977 Loopring from Binance User ID #111070305 Belonging to Song Shijie Null | $3,008.06 |
| 327-2023-007-0005 | 9,982.72 Decentraland from Binance User ID #111070305 Belonging to Song Shijie Null | $5,498.98 |
| 327-2023-007-0023 | 0.0086 Ethereum from Binance User ID #111070305 Belonging to Song Shijie Null | $15.63 |
| 327-2023-007-0024 | 0.0008 Bitcoin from Binance User ID #111070305 Belonging to Song Shijie Null | $23.02 |
| 327-2023-007-0025 | 45.5000 Tether from Binance User ID #111070305 Belonging to Song Shijie Null | $45.62 |
| 327-2023-007-0026 | 1,784,630.959131 Tether from Binance User ID #111070305 Belonging to Song Shijie Null | $1,785,139.57 |
| 327-2023-007-0027 | 70.0645457 Bitcoin from Binance User ID #111070305 Belonging to Song Shijie Null | $1,998,446.13 |
| 327-2023-007-0028 | 645.97261526 Etherum from Binance User ID #111070305 Belonging to Song Shijie Null | $1,234,321.24 |